**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GINGER L. MEDDERS,

    Plaintiff,

v.                                                                                    Case No: 8:22-cv-1015-KKM-JSS

SCRAPPY THOMAS, INC. and
BRIAN T. LEWIS,

    Defendants.
_____/

**ORDER**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 19) is granted. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A. The case is dismissed with prejudice. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on September 23, 2022.

                                                 s/*William F. Jung*
                                                **WILLIAM F. JUNG
                                                UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record